JOSEPH JOHNSON et al., Copartners under the Firm Name of JOSEPH JOHNSON's SONS, Respondents, *v.* THE CITY OF NEW YORK, Appellant.

*Contract — construction of sewer — suspension of work — when contractor may recover for loss arising therefrom.*

*Johnson* v. *City of New York*, 191 App. Div. 205, affirmed.

(Argued April 28, 1921; decided May 13, 1921.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 30, 1920, unanimously affirming a judgment in favor of plaintiffs entered upon a verdict directed by the court. The action was on contract to recover for losses incurred through suspension of the work thereon for seventy-two days through failure of the board of estimate and apportionment to appropriate funds for payment of the necessary engineering and inspection force. The defense was that suspension of the work without compensation was authorized by the contract. The Appellate Division held that an implied obligation to furnish the necessary funds rested upon defendant and that it had failed to sustain such obligation.

*John P. O'Brien, Corporation Counsel (John F. O'Brien, William. A. Walling* and *James A. Donnelly* of counsel), for appellant.

*John C. Wait* and *Howard G. Wilson* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, McLAUGHLIN, CRANE and ANDREWS, JJ.